

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00344-CV

Nina **KELLNER** as Trustee for the Oscar Kellner and Nina Kellner Revocable Living Trust,
and Kirk Kellner,
Appellants

v.

Lloyd **KELLNER**,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 09-11-0872-CVA
Honorable Stella Saxon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and judgment is RENDERED that title to the property held in the Etta Lee Kellner Management Trust at the time of Etta Lee Kellner's death automatically vested in the beneficiaries of Etta's will. It is ORDERED that appellants, Nina Kellner, as Trustee for the Oscar Kellner and Nina Kellner Revocable Living Trust, and Kirk Kellner, recover their costs of this appeal from appellee, Lloyd Kellner.

SIGNED November 13, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice